**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00100-CV
### No. 05-15-00101-CV

### IN RE CHANNING WAIR, Relator

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-0951478-R; F-0951425-R

# ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     ADA BROWN
        JUSTICE